**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. **1:25-cv-22683-RS**

**DARIA VASILENKO,**
*individually and on behalf*
*of all others similarly situated,*

Plaintiff,

vs.

**TEAMI BLENDS LLC,**

Defendant(s).
____________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Daria Vasilenko, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice in the above styled action. Defendant TEAMI BLENDS LLC has not filed an answer or motion for summary judgment.

DATED: September 23, 2025

Respectfully Submitted,

/s/ Mitchell Hansen .

**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: Mitchell@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th St
Wilton Manors, FL 33305
Phone: (813) 340-8838

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Mitchell Hansen .

**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: Mitchell@jibraellaw.com