**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22683-CIV-SMITH**

DARIA VASILENKO, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

TEAMI BLENDS LLC,

Defendant.
_______________________________________/

## ORDER OF DISMISSAL

This matter is before this Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 11]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice** as to Daria Vasilenko and without prejudice as to the proposed class members.

2. All pending motions not otherwise ruled upon are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 24th day of September, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
All Counsel of Record